IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRADE ASSOCIATES, INC., a Washington corporation,

Plaintiff,

vs.

AMAZON LOGISTICS, INC., a Delaware corporation,

Defendant.

CIVIL ACTION NO. 2:25-cv-00272

**COMPLAINT FOR PATENT INFRINGEMENT AND VIOLATION OF THE LANHAM ACT**

**JURY DEMAND**

Plaintiff Trade Associates, Inc. ("Plaintiff" or "Trade Associates"), by its attorneys, hereby alleges against Defendant Amazon Logistics, Inc. ("Defendant" or "Amazon") as follows:

**INTRODUCTION**

1. This is an action for patent infringement under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.* Trade Associates alleges that Amazon has infringed and/or continues to infringe four Trade Associates patents: U.S. Patent Nos. 9,731,403 (the "'403 Patent"); 9,975,220 (the "'220 Patent"); 9,427,847 (the "'847 Patent"); and 11,292,103 (the "'103 Patent") (collectively, the "Trade Associates Patents"), copies of which are attached hereto as Exhibits 1-4, respectively.



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

2. This is also an action for violation of the Lanham Act, 15 U.S.C. § 1125(a). The Infringing Sanding Blocks described below do not include a designation of a country of origin on them in violation of the Tariff Act, 19 U.S.C. § 1304, and the existence of a Tariff Act violation for failing to properly designate country of origin establishes a likelihood of deception or confusion on the part of the buying public as to the national origin of the infringing products.

3. Trade Associates seeks damages, injunctive relief, and other relief for Amazon's infringement of the Trade Associates Patents and for Amazon's violation of the Lanham Act.

**THE PARTIES**

4. Trade Associates is a Washington Corporation with its principal place of business at 6324 S 199th Pl, Suite 101, Kent, Washington, 98032.

5. Amazon is a Delaware corporation with its principal place of business at 410 Terry Avenue North, Seattle, Washington, 98126. Amazon has designated the Corporation Service Company, 300 Deschutes Way SW Ste, 208 MC-CSC1, Tumwater, Washington, 98501 as its agent for service of process.

**JURISDICTION AND VENUE**

6. The Court has subject matter jurisdiction over the patent causes of action under 28 U.S.C. § 1338, in that this action arises under federal statute, the patent laws of the United States (35 U.S.C. §§ 1, *et seq.*).

7. The Court has subject matter jurisdiction over the Lanham Act claim pursuant to 15 U.S.C. § 1121, 28 U.S.C. § 1331, and 28 U.S.C. § 1338(a) and (b).

8. Amazon is subject to this Court's personal jurisdiction in this Court because its principal place of business is within this District.

9. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and/or 1400(b) because Amazon resides in this District for purposes of venue.



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

## FACTUAL BACKGROUND

**The Trade Associates Patents**

10. Trade Associates was founded over forty years ago by William Turnbull in Kent, Washington. Trade Associates designs, develops, manufactures, markets, and sells products to the automobile refinishing and restoration industry. These products include a suite of sanding blocks for hand-sanding automotive and marine finishes sold under the Dura-Block® name:




The Dura-Block® sanding blocks conform to the contours of the sanding surface yet have a hard-enough surface not to dig into fill material. Trade Associates sells its Dura-Block® sanding blocks through its own website (https://www.dura-block.com/) and to authorized distributors, some of whom then sell on the Amazon.com platform.[1]

---

[1] *See*, *e.g.*, https://www.amazon.com/Durablock-Set-6pc-Flexible-Automotive/dp/B003978QGQ/ref=sr_1_1?crid=193PVPJZ9QWPO&dib=eyJ2IjoiMSJ9.OX0djV9tVaelPGl4G5ieIq6z-Cz15mC9TmduJ-QAAm2qeJj8ksqnWbIUf0_IZqdFMu2jvVywX-fSFmIaRWfrlDY2iSTGJMPSR4HVN4YhnN8addG870XRIuv1wNdXcDGkYmR-AjRxhttdIthJVJ8ZID8qR2jTyFNWHTam-HcbhpTAKzNqW_bqmulwwCiBemORXXs_R6_sJajAMVhK2ThVa76lNhs8DucTVQHWHGju9llm1BoUY-sQuSdEeKoEL-uGAwZ22siGyczgMa-MObUJUo615apxuxoRwAW7kwE-bNLWQoTlxKNQ1BC4bEbFNJd-ZgxZ_qc_1rOp8uzLHaC4Q2IAGHGIZsuhYM67O2z9EL9_MtxkYkWqwNxvNmnNgoeXprXuRmnot7UpbbQnIpDHXz7befLOxxRR5q8s6c-Xf9m3gQuu6JxNpCXTJ41Bu0zY.EC4fBaJtmex_GWXdMMxb5JtJaMLtgc9__ulXedm-6yw&dib_tag=se&keywords=durablock%2Bsanding%2Bblock%2Bset&qid=1738104982&sprefix=durablock%2Caps%2C249&sr=8-1&th=1



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

11. Traditional sanding blocks are wood or cork blocks with one smooth, flat side adapted to receive sandpaper around its exterior. Other sanding blocks are made of rubber or other resilient material and use holding clamps, sharp teeth or clips to secure sandpaper along the exterior. Although these traditional sanding blocks are widely used on flat surfaces, their use on curved surfaces is problematic. In particular, traditional sanding blocks have relatively large flat sandpaper support surfaces, which do not conform to the shape of curved surfaces. Use of such sanding blocks on curved surfaces often results in uneven sanding, because these blocks are not pliable to the curvature of the surface being sanded, and because excessive pressure is often applied to some portions of the surface being sanded. The application of excessive pressure may result in over-sanding and rapid deterioration of the sandpaper, which may also damage the underlying surface being smoothed or polished.

12. Sanding blocks are frequently used in the automobile repair industry for sanding both flat and curved surfaces. For instance, sanding of automobile bodies prior to repainting involves both flat and curved surfaces of the automobiles. Given this constantly evolving industry, automobiles have numerous designs, each unique and different from the other. Some automobile body parts are relatively smooth with slight curvatures, and thus are difficult to sand evenly. Conventional sanding blocks result in a rippling effect along such sanded surfaces. Conversely, other body parts in an automobile are flat, but nevertheless require sanding without damaging the adjoining curved areas. This necessitates a need for sanding blocks that are readily conformable to flat as well as curved surfaces. The Trade Associates Patents disclose compositions and methods of manufacturing sanding blocks that are readily conformable to curved as well as flat surfaces, and this technology is incorporated into Trade Associate's successful and innovative Dura-Block® products.

13. Trade Associates solely owns all rights, titles, and interests in and to the Trade Associates Patents, including exclusive rights to bring suit with respect to any past, present, and



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

future infringement thereof.

14. The ’403 Patent, titled “Hand-Held Conformable Sanding Block,” was duly and legally issued on August 15, 2017, from a patent application filed August 26, 2016, and is assigned to Trade Associates. The ’403 Patent claims priority to U.S. Provisional Patent Application No. 61/709,048, filed on October 2, 2012.

15. The ’220 Patent, titled “Hand-Held Conformable Sanding Block,” was duly and legally issued on May 22, 2018, from a patent application filed August 15, 2017, and is assigned to Trade Associates. The ’220 Patent claims priority to U.S. Provisional Patent Application No. 61/709,048, filed on October 2, 2012.

16. The ’847 Patent, titled “Hand-Held Conformable Sanding Block,” was duly and legally issued on August 30, 2016, from a patent application filed October 2, 2013, and is assigned to Trade Associates. The ’847 Patent claims priority to U.S. Provisional Patent Application No. 61/709,048, filed on October 2, 2012.

17. The ’103 Patent, titled “Hand-Held Conformable Sanding Block,” was duly and legally issued on April 5, 2022, from a patent application filed December 19, 2017, and is assigned to Trade Associates. The ’103 Patent claims priority to U.S. Provisional Patent Application No. 61/709,048, filed on October 2, 2012.

18. Trade Associates affixes its patented products with the aforementioned patent numbers.

**Defendant’s Infringing Products**

19. Amazon has directly infringed and continues to infringe one or more claims of each of the Trade Associates Patents in violation of 35 U.S.C. § 271. The infringing products are exemplified by and include, but are not limited to, Sdanbom sanding blocks[2] (“Sdanbom Infringing

[2] https://www.amazon.com/Sdanbom-Sanding-Block-TearBlock-Sandpaper/dp/B0CT7KT9DW/?th=1 (last visited January 24, 2025).



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Sanding Block(s)"), Elyaspedy sanding blocks[3] ("Elyaspedy Infringing Sanding Block(s)"), and Zhenx sanding blocks[4] ("Zhenx Infringing Sanding Block(s)") (collectively, the "Infringing Sanding Blocks"). Screenshots of the Amazon.com webpages listing the Infringing Sanding Blocks for sale are attached hereto as Exhibits 5, 6, and 7, respectively.

**Trade Associates Provided Amazon Actual Notice of Infringement**

20. On October 18, 2024, Trade Associates initiated an Amazon Patent Evaluation Express ("APEX") proceeding against the "sanding block kit" sold by sdanbom on Amazon's platform, alleging infringement of claim 1 of the '403 Patent (Complaint ID No. 16506005541) ("APEX Submission"). Trade Associates' APEX Submission included a link to the Amazon product page for the Sdanbom Infringing Sanding Blocks (see footnote 2 herein) and described how each limitation of claim 1 was met by an exemplary Sdanbom Infringing Sanding Block. Amazon rejected Trade Associates' APEX Submission on October 21, 2024, claiming that "your patent claim does not match the reported product." The status for the APEX Submission claimed

[3] https://www.amazon.com/Sanding-Block-Kit-Flexible-Auto/dp/B0CYZHG5MX/ref=sr_1_1_sspa?dib=eyJ2IjoiMSJ9.kKDg-UrIT8QbxrLX5t3YpKDswa8MZ8bVUu6R6fxDIflOdp1dFuwQ7Ew1EyT_UlJgvaj2fYdbMxDLYRKaBMVz6tRzcHCX1wwfER_f-BkuFIrMT8_VKADHsXOFnWitR3lY6aq-fkiMogZjijAmkElEHsKy8-8ZV-XuONVYf472LPrfdYS8_t_FEEQ3wBEVzCVO1jLIXuf-Pe0rA3zRriETVchJeBYwymx2bzn0bR6z8WlBHRrTaTx8mRdUyTzHqzx23NI5KsiQE7vA8To8hbItpmsTrV4lDD3vhS9LEd9tP9g.V3iPpk5Y-T_-RI446isYI26dVJ9aPDcnqAQBRSbeQKE&dib_tag=se&keywords=sdanbom+sanding+block&qid=1728623988&sr=8-1-spons&sp_csd=d2lkZ2V0TmFtZT1zcF9hdGY&psc=1 (last visited January 24, 2025).

[4] https://www.amazon.com/Sanding-Block-Kit-Piece-Automotive/dp/B0CZDXQVS8/ref=sr_1_3_sspa?dib=eyJ2IjoiMSJ9.kKDg-UrIT8QbxrLX5t3YpKDswa8MZ8bVUu6R6fxDIflOdp1dFuwQ7Ew1EyT_UlJgvaj2fYdbMxDLYRKaBMVz6tRzcHCX1wwfER_f-BkuFIrMT8_VKADHsXOFnWitR3lY6aq-fkiMogZjijAmkElEHsKy8-8ZV-XuONVYf472LPrfdYS8_t_FEEQ3wBEVzCVO1jLIXuf-Pe0rA3zRriETVchJeBYwymx2bzn0bR6z8WlBHRrTaTx8mRdUyTzHqzx23NI5KsiQE7vA8To8hbItpmsTrV4lDD3vhS9LEd9tP9g.V3iPpk5Y-T_-RI446isYI26dVJ9aPDcnqAQBRSbeQKE&dib_tag=se&keywords=sdanbom+sanding+block&qid=1728623988&sr=8-3-spons&sp_csd=d2lkZ2V0TmFtZT1zcF9hdGY&psc=1 (last visited February 5, 2024)



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

that "an email has been sent to [] with more information," but no such email was received. After Amazon's rejection, Trade Associates escalated its APEX Submission on October 25, 2024 (pursuant to Amazon's escalation instructions) and provided further explanation regarding the infringing products:

> Our APEX request to report a violation due to patent infringement was incorrectly rejected because "the patent claim does not match the reported product." While this product is called a "kit," it consists of individual infringing sanding blocks. The patent claim is directed to "An elastomeric sanding block conformable to curved or flat surfaces." Therefore, there is a direct match between the product and the patent claim.

21. Trade Associates received a response from Amazon later that same day, confirming its rejection of Trade Associates' APEX Submission because "patent 9,731,403 B2 is not a suitable candidate for this streamlined evaluation process." No further explanation was provided.

22. Following Amazon's rejection of the APEX Submission, the Infringing Sanding Blocks are still listed on Amazon.com's platform and offered for sale in the United States, and on information and belief, Amazon continues to import the Infringing Sanding Blocks. Trade Associates is thus forced to bring this action to halt Amazon's knowing infringement of the Trade Associates Patents.

**COUNT I**

**INFRINGEMENT OF U.S. PATENT NO. 9,731,403**

23. Trade Associates incorporates by reference the preceding paragraphs as if fully set forth herein.

24. Amazon has directly infringed and continues to infringe one or more claims of the '403 Patent in violation of 35 U.S.C. § 271. The infringing products include the Sdanbom Infringing Sanding Blocks.

25. The Sdanbom Infringing Sanding Blocks directly infringe at least claims 1 and 10 of the '403 Patent, as described in Paragraphs 26 – 40 below by way of an exemplary Sdanbom



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Infringing Sanding Block. Trade Associates' allegations of infringement are not limited to claims 1 and 10, and additional infringed claims will be identified and disclosed through discovery and infringement contentions.

26. Claim 1 of the '403 Patent recites:

> 1. An elastomeric sanding block conformable to curved or flat surfaces, wherein the elastomeric sanding block has a Shore A hardness ranging from about 30 to about 90, and wherein the elastomeric sanding block is made from a composition free of ethylene-vinyl acetate copolymer, the composition comprising:
>
> > low-density polyethylene homopolymer, wherein low-density polyethylene is in an amount that ranges from about 35 to about 70 percent of the composition by weight; and
> >
> > a blowing agent in an amount that ranges from about 1.5 to about 4.5 percent of the composition by weight.

27. The Sdanbom Infringing Sanding Block is an elastomeric sanding block conformable to curved or flat surfaces. "The sanding blocks are skillfully crafted with long, round and flat shapes, featured with a certain degree of flexibility, allowing them to fit surfaces better." Ex. 5 at 1.




Ex. 5 at 5.



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

28. The Sdanbom Infringing Sanding Block has a Shore A hardness of 42.7 ± 1.

29. The Sdanbom Infringing Sanding Block is made from a composition free of ethylene-vinyl acetate copolymer. Despite advertising to the contrary, the Sdanbom Infringing Sanding Block does not contain EVA; rather, it comprises a non-EVA polyethylene blend.

30. The composition of the Sdanbom Infringing Sanding Block comprises a low-density polyethylene homopolymer.

31. On information and belief, the low-density polyethylene is in an amount that ranges from about 35 to about 70 percent of the composition of the Sdanbom Infringing Sanding Block by weight. A percentage outside of a range of about 35 to about 70 percent for low-density polyethylene homopolymer by weight would materially impact the Sdanbom Infringing Sanding Block's physical properties, such that it would not be conformable to curved or flat surfaces. That is, a percentage outside of a range of about 35 to about 70 percent would not allow the Sdanbom Infringing Sanding Block a "degree of flexibility, allowing them to fit surfaces better" and would not have a Shore A hardness of 42.7 ± 1.

32. On information and belief, the composition of the Sdanbom Infringing Sanding Block comprises a blowing agent in an amount that ranges from about 1.5 to about 4.5 percent of the composition by weight. Compositions used to make foam products such as the Sdanbom Infringing Sanding Block must necessarily include a blowing agent. A percent blowing agent outside of the claimed range of about 1.5 to about 4.5 percent of the composition by weight would materially impact the physical properties of the Sdanbom Infringing Sanding Block, such that the Sdanbom Infringing Sanding Block would not have a "degree of flexibility, allowing them to fit surfaces better" and would not have a Shore A hardness of 42.7 ± 1.

33. Claim 10 of the '403 Patent recites:

> 10. A method for manufacturing an elastomeric sanding block conformable to curved or flat surfaces, comprising the steps of:



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

> providing low-density polyethylene;
>
> combining the low-density polyethylene with a blowing agent under heat to yield a feedstock;
>
> thermoforming the feedstock in a mold to yield a foamed material sheet; and
>
> cutting the foamed material sheet to yield the elastomeric sanding block,
>
> wherein the feedstock is free of ethylene-vinyl acetate copolymer, and
>
> the low-density polyethylene is in an amount that ranges from about 35 to about 70 percent of the feedstock by weight.

34. The Sdanbom Infringing Sanding Block is an elastomeric sanding block conformable to curved or flat surfaces. “The sanding blocks are skillfully crafted with long, round and flat shapes, featured with a certain degree of flexibility, allowing them to fit surfaces better.” Ex. 5 at 1.

35. On information and belief, manufacturing the Sdanbom Infringing Sanding Block included providing low-density polyethylene in an amount that ranges from about 35 to about 70 percent of the composition of the Sdanbom Infringing Sanding Block by weight. A percentage outside of a range of about 35 to about 70 percent for low-density polyethylene homopolymer by weight would materially impact the Sdanbom Infringing Sanding Block’s physical properties, such that it would not be conformable to curved or flat surfaces. That is, a percentage outside of a range of about 35 to about 70 percent would not allow the Sdanbom Infringing Sanding Block a “degree of flexibility, allowing them to fit surfaces better.”

36. On information and belief, manufacturing the Sdanbom Infringing Sanding Block included combining the low-density polyethylene with a blowing agent under heat to yield a feedstock. Yielding a feedstock is a required step for foam products such as the Sdanbom Infringing Sanding Block. Compositions used to make foam products such as the Sdanbom



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Infringing Sanding Block must necessarily include a blowing agent in the feedstock.

37. On information and belief, manufacturing the Sdanbom Infringing Sanding Block included thermoforming the feedstock in a mold to yield a foamed material sheet and cutting the foamed material sheet to yield the elastomeric sanding block. The Sdanbom Infringing Sanding Block possesses a textured pattern on top and vertical striations on the sides, which would not be present but for these process steps.

38. Despite advertising to the contrary, the Sdanbom Infringing Sanding Block does not contain EVA.

39. Amazon's infringement of the '403 Patent has damaged and will continue to damage Trade Associates.

40. On information and belief, Amazon's infringement of the '403 Patent has been willful because it knew of the '403 Patent and the infringement as of at least October 18, 2024, and continues to infringe by, for example, importing and/or offering to sell the Sdanbom Infringing Sanding Block.

**COUNT II**

**INFRINGEMENT OF U.S. PATENT NO. 9,975,220**

41. Trade Associates incorporates by reference the preceding paragraphs as if fully set forth herein.

42. Amazon has directly infringed and continues to infringe one or more claims of the '220 Patent in violation of 35 U.S.C. § 271. The infringing products include the Sdanbom Infringing Sanding Blocks.

43. The Sdanbom Infringing Sanding Blocks directly infringe at least claim 5 of the '220 Patent, as described in Paragraphs 44 –51 below by way of an exemplary Sdanbom Infringing Sanding Block. Trade Associates' allegations of infringement are not limited to claim 5, and additional infringed claims will be identified and disclosed through discovery and infringement



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

contentions.

44. Claim 5 of the '220 Patent recites:

> 5. An elastomeric sanding block conformable to curved or flat surfaces, wherein the elastomeric sanding block has a Shore A hardness ranging from about 30 to about 90, and wherein the elastomeric sanding block is made from a composition free of ethylene-vinyl acetate copolymer, the composition comprising:
>
> > low-density polyethylene homopolymer, wherein low-density polyethylene is in an amount that ranges from about 35 to about 70 percent of the composition by weight; and
> >
> > a filler in an amount that ranges from about 25 to about 60 percent of the composition by weight.

45. The Sdanbom Infringing Sanding Block is an elastomeric sanding block conformable to curved or flat surfaces. "The sanding blocks are skillfully crafted with long, round and flat shapes, featured with a certain degree of flexibility, allowing them to fit surfaces better." Ex. 5 at 1.




Ex. 5 at 5.

46. The Sdanbom Infringing Sanding Block has a Shore A hardness of 42.7 ± 1.

47. The Sdanbom Infringing Sanding Block is made from a composition free of ethylene-vinyl acetate copolymer. The Sdanbom Infringing Sanding Block comprises a non-EVA



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

polyethylene blend.

48. The composition of the Sdanbom Infringing Sanding Block comprises a low-density polyethylene homopolymer.

49. On information and belief, the low-density polyethylene is in an amount that ranges from about 35 to about 70 percent of the composition of the Sdanbom Infringing Sanding Block by weight. A percentage outside of a range of about 35 to about 70 percent for low-density polyethylene homopolymer by weight would materially impact the Sdanbom Infringing Sanding Block's physical properties, such that it would not be conformable to curved or flat surfaces. That is, a percentage outside of a range of about 35 to about 70 percent would not allow the Sdanbom Infringing Sanding Block a "degree of flexibility, allowing them to fit surfaces better" and would not have a Shore A hardness of 42.7 ± 1.

50. On information and belief, the composition of the Sdanbom Infringing Sanding Block comprises a filler in an amount that ranges from about 25 to about 60 percent of the composition by weight. Compositions used to make foam products such as the Sdanbom Infringing Sanding Block must necessarily include a filler. A percent filler outside of the claimed range of about 25 to about 60 percent of the composition by weight would materially impact the physical properties of the Sdanbom Infringing Sanding Block, such that the Sdanbom Infringing Sanding Block would not have a "degree of flexibility, allowing them to fit surfaces better" and would not have a Shore A hardness of 42.7 ± 1.

51. Amazon's infringement of the '220 Patent has damaged and will continue to damage Trade Associates.

**COUNT III**

**INFRINGEMENT OF U.S. PATENT NO. 9,427,847**

52. Trade Associates incorporates by reference the preceding paragraphs as if fully set forth herein.



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

53. Amazon has directly infringed and continues to infringe one or more claims of the '847 Patent in violation of 35 U.S.C. § 271. The infringing products include the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks.

54. The Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks directly infringe at least claims 1 and 6 of the '847 Patent, as described in Paragraphs 55 – 69 below by way of an exemplary Elyaspedy Infringing Sanding Block. Trade Associates' allegations of infringement are not limited to claims 1 and 6, and additional infringed claims will be identified and disclosed through discovery and infringement contentions.

55. Claim 1 of the '847 Patent recites:

> 1. An elastomeric sanding block conformable to curved or flat surfaces, wherein the elastomeric sanding block has a Shore A hardness ranging from about 30 to about 90, and wherein the elastomeric sanding block is made from a composition comprising:
>
> > an admixture of about 70 to about 90 weight percent of an ethylene-vinyl acetate copolymer and about 10 to about 30 weight percent of a low-density polyethylene homopolymer, wherein the admixture is in an amount that ranges from about 35 to about 70 weight percent of the composition;
> >
> > a blowing agent in an amount that ranges from about 1.5 to about 4.5 weight percent of the composition; and
> >
> > a pigment in an amount of about 5 weight percent to about 18 weight percent of the composition.



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

56. The Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks are elastomeric sanding blocks conformable to curved or flat surfaces. "Flexible sanding block come in a large variety of shapes and contours, easy to hold, featured with a certain degree of flexibility, allowing them to fit surfaces better." Ex. 6 at 1; *see also id.* at 3. "[T]he variety design of blocks to get around all the curves on your sanding block surface…flexible but still stiff enough not to leave your surface wavy, even pressure distribution, giving you clean and consistent finish." Ex. 7 at 1.




Ex. 7 at 6.

57. The Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks have a Shore A hardness of 46 ± 0.8 and 44 ± 1.4, respectively.

58. The composition of the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks comprise an ethylene-vinyl acetate copolymer and a low-density polyethylene homopolymer.

59. On information and belief, the composition of the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks comprise an admixture of about 70 to about 90 weight percent of an ethylene-vinyl acetate copolymer and about 10 to about 30 weight percent of a low-density polyethylene homopolymer, wherein the admixture is in an amount that ranges from



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

about 35 to about 70 weight percent of the composition. Percentages outside of the above ranges would materially impact the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks' physical properties, such that they would not be conformable to curved or flat surfaces. That is, percentages outside of these ranges would not allow the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks a "degree of flexibility, allowing them to fit surfaces better" and would not have the requisite Shore A hardness.

60. On information and belief, the composition of the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks comprises a blowing agent in an amount that ranges from about 1.5 to about 4.5 percent of the composition by weight. Compositions used to make foam products such as the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks must necessarily include a blowing agent. A percent blowing agent outside of the claimed range of about 1.5 to about 4.5 percent of the composition by weight would materially impact the physical properties of the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks, such that the blocks would not be conformable to curved or flat surfaces or have the requisite Shore A hardness.

61. On information and belief, the composition of the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks comprises a pigment in an amount that ranges from about 5 weight percent to about 18 weight percent of the composition. Compositions used to make foam products such as the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks must necessarily include a pigment. A percentage outside of a range of about 5 percent to about 18 percent by weight would materially impact the physical properties of the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks, such that the blocks would not be conformable to curved or flat surfaces or have the requisite Shore A hardness.

62. Claim 6 of the '847 Patent recites:

> 6. A method for manufacturing an elastomeric sanding block conformable to curved or flat surfaces, comprising the steps of:



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

> forming a composition comprising the steps of:
>
> forming an admixture comprising
>
> about 70 to about 90 weight percent of an ethylene-vinyl acetate copolymer and about 10 to about 30 weight percent of a low-density polyethylene homopolymer, wherein the admixture is in an amount that ranges from about 35 to about 70 weight percent of the composition; and
>
> combining the admixture with a pigment in an amount of about 5 percent to about 18 weight percent of the composition;
>
> combining the composition with a blowing agent under heat to yield a feedstock;
>
> thermoforming the feedstock in a mold to yield a foamed material sheet; and
>
> cutting the foamed material sheet to yield the elastomeric sanding block.

63. The Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks are elastomeric sanding blocks conformable to curved or flat surfaces. *See, e.g.*, Ex. 6 at 1; Ex. 7 at 1.

64. Manufacturing the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks included forming an admixture comprising an ethylene-vinyl acetate copolymer and a low-density polyethylene homopolymer.

65. On information and belief, manufacturing the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks included forming a composition comprising forming an admixture comprising about 70 to about 90 weight percent of an ethylene-vinyl acetate copolymer and about 10 to about 30 weight percent of a low-density polyethylene homopolymer, wherein the admixture is in an amount that ranges from about 35 to about 70 weight percent of the composition. Percentages outside of these ranges would materially impact the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks' physical properties, such that they would not be



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

conformable to curved or flat surfaces.

66. On information and belief, manufacturing the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks included forming a composition comprising combining the admixture with a pigment in an amount of about 5 percent to about 18 weight percent of the composition. Compositions used to make foam products such as the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks must necessarily include a pigment. A percentage outside of a range of about 5 percent to about 18 percent by weight would materially impact the physical properties of the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks, such that the blocks would not be conformable to curved or flat surfaces

67. On information and belief, manufacturing the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks included combining admixture with a blowing agent under heat to yield a feedstock. Yielding a feedstock is a required step for foam products such as the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks. Compositions used to make foam products such as the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks must necessarily include a blowing agent.

68. On information and belief, manufacturing the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks included thermoforming the feedstock in a mold to yield a foamed material sheet and cutting the foamed material sheet to yield the elastomeric sanding block. The Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks possess a textured pattern on top and vertical striations on the sides, which would not be present but for these process steps.

69. Amazon’s infringement of the ’847 Patent has damaged and will continue to damage Trade Associates.



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**COUNT IV**

**INFRINGEMENT OF U.S. PATENT NO. 11,292,103**

70. Trade Associates incorporates by reference the preceding paragraphs as if fully set forth herein.

71. Amazon has directly infringed and continues to infringe one or more claims of the ’103 Patent in violation of 35 U.S.C. § 271. The infringing products include the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks.

72. The Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks directly infringe at least claim 1 of the ’103 Patent, as described in Paragraphs 73 – 80 below by way of an exemplary Elyaspedy Infringing Sanding Block. Trade Associates’ allegations of infringement are not limited to claim 1, and additional infringed claims will be identified and disclosed through discovery and infringement contentions.

73. Claim 1 of the ’103 Patent recites:

> 1. An elastomeric sanding block conformable to curved or flat surfaces, wherein the elastomeric sanding block has a Shore A hardness ranging from about 30 to about 90, and wherein the elastomeric sanding block is made from a composition comprising:
>
> > an admixture of about 70 to about 90 weight percent of an ethylene-vinyl acetate copolymer, about 10 to about 30 weight percent of a low-density polyethylene homopolymer, and a metallocene catalyzed ethylene-α-olefin copolymer, wherein the admixture is in an amount that ranges from about 35 to about 70 weight percent of the composition;
> >
> > a filler in an amount that ranges from about 25 to about 60 weight percent of the composition; and
> >
> > a pigment in an amount of 5 weight percent to about 18 weight percent of the composition, wherein the pigment is carbon.



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

74. The Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks are elastomeric sanding blocks conformable to curved or flat surfaces. "Flexible sanding block come in a large variety of shapes and contours, easy to hold, featured with a certain degree of flexibility, allowing them to fit surfaces better." Ex. 6 at 1; *see also id.* at 3. "[T]he variety design of blocks to get around all the curves on your sanding block surface…flexible but still stiff enough not to leave your surface wavy, even pressure distribution, giving you clean and consistent finish." Ex. 7 at 1.




Ex. 7 at 6.

75. The Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks have a Shore A hardness of 46 ± 0.8 and 44 ± 1.4, respectively.

76. The composition of the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks comprise an admixture comprising a ethylene-vinyl acetate copolymer, a low-density polyethylene homopolymer, and an ethylene-a-olefin copolymer. On information and belief, metallocene was used to catalyze the ethylene-a-olefin copolymer.

77. On information and belief, the composition of the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks comprise an admixture of about 70 to about 90 weight percent of an ethylene-vinyl acetate copolymer, about 10 to about 30 weight percent of a



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

low-density polyethylene homopolymer, and a metallocene catalyzed ethylene-a-olefin copolymer, wherein the admixture is in an amount that ranges from about 35 to about 70 weight percent of the composition. Percentages outside of the above ranges would materially impact the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks' physical properties, such that they would not be conformable to curved or flat surfaces. That is, percentages outside of these ranges wound not allow the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks a "degree of flexibility, allowing them to fit surfaces better" and would not have the requisite Shore A hardness.

78. On information and belief, the composition of the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks comprises a filler in an amount that ranges from about 25 to about 60 weight percent of the composition. Compositions used to make foam products such as the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks must necessarily include a filler. A percent filler outside of the claimed range of about 1.5 to about 4.5 percent of the composition by weight would materially impact the physical properties of the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks, such that the blocks would not be conformable to curved or flat surfaces or have the requisite Shore A hardness.

79. On information and belief, the composition of the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks comprises a pigment in an amount that ranges from about 5 weight percent to about 18 weight percent of the composition, which pigment is carbon. Compositions used to make foam products such as the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks must necessarily include a pigment. A percentage outside of a range of about 5 percent to about 18 percent by weight would materially impact the physical properties of the Elyaspedy Infringing Sanding Blocks and the Zhenx Infringing Sanding Blocks, such that the blocks would not be conformable to curved or flat surfaces or have the requisite Shore A hardness. The color of the Elyaspedy Infringing Sanding Blocks and the Zhenx



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Infringing Sanding Blocks indicates that the pigment is carbon.

80. Amazon's infringement of the '103 Patent has damaged and will continue to damage Trade Associates.

**COUNT V**

**FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN**

**(Lanham Act § 43, 15 U.S.C. § 1125(a))**

81. Trade Associates incorporates by reference the preceding paragraphs as if fully set forth herein.

82. At least the Sdanbom Infringing Sanding Blocks and the Elyaspedy Infringing Sanding Blocks do not designate a country of origin in violation of the Tariff Act, 19 U.S.C. § 1304. On information and belief, the Sdanbom Infringing Sanding Blocks and the Elyaspedy Infringing Sanding Blocks are imported into the United States by Amazon.

83. The Tariff Act requires that imported goods be marked in such a manner as to indicate to an ultimate purchaser in the United States the English name of the country of origin of the article.

84. The existence of a Tariff Act violation for failing to properly designate country of origin establishes a likelihood of deception or confusion on the part of the buying public as to the national origin of the Sdanbom Infringing Sanding Blocks and the Elyaspedy Infringing Sanding Blocks.

85. As a result of the foregoing actions of Amazon, Amazon has been unjustly enriched, and Trade Associates has been injured and damaged. Unless the foregoing alleged actions of Amazon are enjoined, Trade Associates will continue to suffer irreparable injury and damage.

**JURY TRIAL DEMANDED**

Trade Associates hereby demands a trial by jury on all claims and issues so triable.



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

## PRAYER FOR RELIEF

WHEREFORE, Trade Associates respectfully requests that this Court grant the following relief to Trade Associates:

A. Enter judgment in favor of Trade Associates that Amazon has infringed, either literally and/or under the doctrine of equivalents, the Trade Associates Patents;

B. Enter a judgment and order, pursuant to 35 U.S.C. § 284, awarding to Trade Associates monetary relief in an amount adequate to compensate for Amazon's infringement of the Trade Associates Patents, in an amount to be determined at trial, but not less than a reasonable royalty, as well as pre- and post-judgment interest and costs;

C. Enter a judgment and order finding that Amazon's infringement of the Trade Associates Patents is willful and the assessed damages for patent infringement are trebled;

D. Enter a judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding Trade Associates its reasonable attorneys' fees against Amazon;

E. Enter a preliminary and permanent injunction against Amazon prohibiting Amazon from any further direct or indirect infringement of the Trade Associates Patents through making, using, offering to sell, selling, or importing the Infringing Sanding Blocks and any other product that infringes the Trade Associates Patents;

F. Enter a judgment and order, pursuant to 15 U.S.C. § 1117, awarding to Trade Associates monetary relief in an amount adequate to compensate Trade Associates for the false designation of origin for the Infringing Sanding Blocks;

G. Enter a preliminary and permanent injunction against Amazon prohibiting Amazon from the sale of the Infringing Sanding Blocks due to the products' false designation of origin;

H. Enter an order awarding Trade Associates any and all other relief as the Court may deem appropriate and just under the circumstances.



DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

DATED this 11th day of February, 2025

Respectfully submitted,

*/s/ Robert J.M. Lee*
Robert J.M. Lee WSBA #49971

*/s/ Erin Kolter*
Erin Kolter WSBA # 53365
DORSEY & WHITNEY LLP
701 5th Ave, Suite 6100
Seattle, WA 98104
(206) 903-8800
lee.robert@dorsey.com
kolter.erin@dorsey.com

*Attorneys for Plaintiff Trade Associates, Inc.*